AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA
v.
RAYMOND SHAVER

**CRIMINAL COMPLAINT**

CASE NUMBER: 04m602-KPN

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 25, 2003 in Hampden county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) distribute cocaine base

in violation of Title 21 United States Code, Section(s) 841

I further state that I am a(n) Special Agent of the DEA and that this complaint is based on the following
Official Title
facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Clarence B. Shuler
Signature of Complainant

Sworn to before me and subscribed in my presence,

Jan. 13, 2004        at    Springfield, Massachusetts
Date                                      City and State

MICHAEL A. PONSOR                     _____
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

<u>AFFIDAVIT OF SPECIAL AGENT CLARENCE B.
SHULER IN SUPPORT OF A CRIMINAL COMPLAINT</u>

I, Clarence Blair Shuler, Special Agent of the Drug Enforcement Administration, Springfield Resident Office, Springfield, MA, being duly sworn, depose and state the following:

I am an investigator and law enforcement officer of the United States, empowered by law to conduct investigations and make arrests for offenses enumerated in the Controlled Substances Act of 21 United States Code (U.S.C.), as well within the meaning of 18 U.S.C. Section 2510(7), and empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. Section 2516.

I am a Special Agent of the Drug Enforcement Administration, United States Department of Justice. I have been so employed for the past seven (7) years. Prior to my employment with the DEA, I was employed as a Police Officer with the Gainesville, Florida Police Department for four (4) years. During that period, I was assigned to the Special Investigations Unit for one (1) year, and the Uniform Patrol and Community Policing Division for three (3) years. Prior to my tenure with the Gainesville Police Department, I was a Police Officer with the Ocala, Florida Police Department, for three (3) years, where I was also assigned to the Ocala/Marion County Narcotics and Vice Task Force (OMCNVTF) and

1

the DEA Gainesville Resident Office Task Force. While at OMCNVTF and DEA Gainesville Office, I participated in one (1) Title III investigation which led to the arrest of approximately thirty (30) individuals for narcotics violations. I have also been the affiant on one (1) Title III affidavit while assigned to the DEA Springfield Resident Office, which led to the arrest of ten (10) individuals for narcotics violations. I have participated in hundreds of narcotics investigations to include complex drug conspiracies, possession with intent to distribute illegal narcotics, as well as continuing criminal enterprise activities in violation of 21 U.S.C. Sections: 841(a)(1), 843(b), 846, 848, 952(a), and 963.

    I am currently assigned to the Drug Enforcement Administration, New England Field Division, Springfield Resident Office Task Force (hereafter referred to as the SRO). The SRO is comprised of Special Agents of the U.S. Drug Enforcement Administration (DEA) as well as officers and detectives of the following MA Police Departments; Springfield, Chicopee, West Springfield, Westfield and Holyoke, tasked together to investigate and prosecute drug offenses. The SRO also receives assistance from other federal, state and local agencies on a case-specific basis.

    I am submitting this affidavit in support of the application for criminal complaint charging Raymond Shaver with distributing

2

cocaine base in violation of 21 U.S.C. §841. Beginning in approximately May of 2003 I and other members of the SRO began an investigation of Raymond Shaver and others regarding the distribution of crack cocaine. A cooperating witness (CW) introduced a DEA undercover agent (UCA) to Raymond Shaver in June of 2003.

On June 25, 2003, the CW and UCA placed a consensually monitored telephone call to Raymond Shaver. Shaver agreed to meet the UCA at Shaver's residence, 125 Amherst Street, Springfield, MA, to sell him 100 grams of crack cocaine for $2,800.00. At approximately 2:23 p.m., the UCA arrived at 125 Amherst St. and parked near the front of the building. At approximately 2:26 p.m., the UCA observed Shaver standing in the driveway of the residence. At approximately 2:33 p.m., Shaver approached the undercover vehicle and got into the passenger seat. This meeting was recorded on audio and videotape. While in the undercover vehicle Shaver and the UCA had a conversation. Shaver then handed the UCA a bag containing one hundred grams of crack cocaine. The UCA then gave Shaver $2,800.00 for the one hundred grams of crack cocaine. Shaver then exited the undercover vehicle and walked back to the residence and up the driveway. The UCA then left the area. Analysis from the Northeast Regional Laboratory showed that the package the UCA bought from SHAVER contained 98.4 grams of cocaine base which in

3

my training and experience is in the form of crack cocaine.

*Clarence B. Shuler*
Clarence B. Shuler
Special Agent
Drug Enforcement Administration

Sworn to before me this 13th day of January 2004.

*Michael␣A.␣Ponsor*
UNITED STATES DISTRICT JUDGE

4