AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RAYMOND SHAVER

**APPEARANCE**

Case Number: 04m602 KPN

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for    the United States of America

    I certify that I am admitted to practice in this court.

1/13/04
Date

_____
Signature

TODD E. NEWHOUSE      544457
Print Name      Bar Number

1550 Main Street, #310
Address

Springfield, MA 01103
City     State     Zip Code

(413) 785-0235      (413) 785-0394
Phone Number      Fax Number