UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 04m602-KPN
)
RAYMOND SHAVER )

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. Section 3142(e) and (f).

1. <u>Eligibility of Case</u>.  This case is eligible for a detention order because it involves (check all that apply):

    _____ Crime of violence (18 U.S.C. Section 3156)

    \_\_✓\_\_ Maximum sentence life imprisonment or death

    \_\_✓\_\_ 10 plus years drug offense

    _____ Felony, with two prior convictions in above categories

    \_\_✓\_\_ Serious risk defendant will flee

    _____ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>.  The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    \_\_✓\_\_ Defendant's appearance as required

    \_\_✓\_\_ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.  The United States (will, will not) invoke the rebuttable presumption against defendant under Section 3142(e).  (If yes) The presumption applies because (check one or both):

    ✓ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. Section 924(c)

    ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing,

    ___ At first appearance

    ✓ After continuance of _3_ days (not more than 3)

5. <u>Witnesses</u>. The United States intends to call the following witnesses: *by proffer*

The amount of time for direct examination of these witnesses is estimated to be: one-half hour.

6. <u>Other Matters</u>.

_____

_____

_____

DATED this _13_ day of _January_, 2004.

                                                             _____
                                                             Assistant United States Attorney