AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

RAYMOND SHAVER

**WARRANT FOR ARREST**

CASE NUMBER: 04m 602-KPN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ Raymond Shaver ___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
distribution of cocaine base

in violation of
Title ___ 21 ___ United States Code, Section(s) 841

MICHAEL A. PONSOR
Name of Issuing Officer

Michael A. Ponsor
Signature of Issuing Officer

USDJ
Title of Issuing Officer

01-13-2004    Springfield, Massachusetts
Date and Location

Bail fixed at $ DETENTION pending hearing    by Michael A. Ponsor
                                                Name of Judicial Officer

13 MAP
1/13/04

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Springfield, MA

| DATE RECEIVED 1/13/04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/13/04 | JAMES V CLIFFORD | |

This form was electronically produced by Elite Federal Forms, Inc.